**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT ORTIZ,**

           **Plaintiff,**

**-vs-**                                      **Case No.  6:04-cv-1625-Orl-31JGG**

**ORANGE COUNTY,**

           **Defendant.**
_____

## ORDER

On December 22, 2004, this case was dismissed for failure to prosecute (Doc. 7). On March 25, 2005, counsel for Plaintiff moved to reopen the case claiming that she had not received electronic notice of the Court's prior Orders (Doc. 8). The Court (reluctantly) granted the Motion (Doc. 9). On August 11, 2005, the Court issued another show cause order to Plaintiff (Doc. 13) for failure to serve the Defendant. Plaintiff responded in a handwritten paper, claiming that Defendant had been served (Doc. 14). Then, on August 24, 2005, Defendant filed a Motion to Dismiss (Doc 16) pursuant to Fed. R. Civ. P. 12(b)(5) for failure to timely serve the Defendant. Plaintiff has not responded and the Motion appears meritorious. Accordingly, it is

**ORDERED** that Defendant's Motion (Doc. 16) is GRANTED. This action is DISMISSED (again) without prejudice, for failure to prosecute and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 19, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE